**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, <br><br> Plaintiff, <br><br> v. <br><br> OWNER OF TELEPHONE NUMBER 424-234-2076, et al., <br><br> Defendants. | No. CV 22-5742 PA (SKx) <br><br> JUDGMENT |

In accordance with the Court's May 12, 2023, Order granting the Motion for Default Judgment filed by Plaintiff Jorge Alejandro Rojas ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff shall have judgment in his favor and against Defendant CSC Business Solutions LLC ("Defendant");

2. Defendant shall pay to Plaintiff the total amount of $500.00 in statutory damages for one violation of 47 U.S.C. § 227(b)(1);

3. Plaintiff shall have his costs of suit; and

4. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: May 12, 2022

_____
Percy Anderson

1 | United States District Judge