Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>v.<br><br>CSC BUSINESS SOLUTIONS LLC,<br><br>                Defendant. | Case No. 2:22-CV-05742-PA-SK<br><br>**NOTICE OF MOTION;<br>MOTION FOR RELIEF FROM<br>JUDGMENT OR ORDER TO<br>CORRECT CLERICAL ERROR [FED.<br>R. CIV. P. 60]**<br><br>Hearing: January 8, 2024, 1:30 pm<br>Judge: Percy Anderson |

## NOTICE OF MOTION

NOTICE IS GIVEN, that Plaintiff, Jorge Alejandro Rojas, will bring on for hearing, before the Honorable Percy Anderson, this Motion for Relief from Judgment or Order to Correct Clerical Error, on January 8, 2024, at 1:30pm, or as soon thereafter as he may be heard, at the U.S. District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, California 90012. Plaintiff requests to attend via electronic/video/telephonic means.

# MOTION FOR RELIEF FROM JUDGMENT OR ORDER TO CORRECT CLERICAL ERROR

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 60, moves this Court to correct the Judgment entered in this case, Dkt. 42, due to what he believes is a clerical error. The date on the Judgment (Dkt. 42) next to the Court's signature is May 12, 202**2**, but the ECF header is May 12, 202**3**. To prevent any challenge, issues, or confusion recording or enforcing the judgment – such as the incorrect calculation of interest, Plaintiff requests to correct this error prior to doing so. Plaintiff requests the date on the judgment be modified to reflect May 12, 2023.

This change does not prejudice any party – it will ensure consistency of the record. Plaintiff believes it is undisputed that the judgment was entered in 2023, and wishes to correct the document prior to proceeding with recording and enforcement. Plaintiff has been unable to confer with Defendant because they failed to appear and are in default.

Respectfully submitted,

Dated: November 24, 2023

/s/ *Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## L.R. 11-6.1 CERTIFICATE OF COMPLIANCE

The undersigned, Plaintiff Jorge Alejandro Rojas, certifies that this brief contains 426 words, based upon Microsoft Word's calculation, which complies with the word limit of L.R. 11-6.1.

*/s/ Jorge Alejandro Rojas*

## CERTIFICATE OF SERVICE

Notwithstanding Defendant CSC's Default in this action, Plaintiff will mail a copy of this filing to Defendant CSC's Registered Agent, on the same day as filing this document, via USPS First Class Mail.

*/s/ Jorge Alejandro Rojas*