UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5742 PA (SKx) | Date | January 5, 2024 |
|---|---|---|---|
| Title | Jorge Alejandro Rojas v. Owner of Telephone Number 424-234-2076, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

Before the Court is a Motion for Relief from Judgment or Order to Correct Clerical Error ("Motion"), filed by plaintiff Jorge Alejandro Rojas ("Plaintiff"). (Docket No. 52.) Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for January 8, 2024, was vacated, and the matter taken off calendar.

On May 12, 2023, the Court issued a Minute Order granting Plaintiff's Motion for Default Judgment against defendant CSC Business Solutions LLC and issued a Judgment consistent with that Minute Order. (Docket Nos. 41–42.) However, the date on the Judgment is incorrect. The date is written as "May 12, 2022," but should be written as "May 12, 2023." Plaintiff requests that the date be corrected.

Rule 60(a) of the Federal Rules of Civil Procedure provides that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a); see In re Jee, 799 F.2d 532, 535 (9th Cir. 1986) ("Errors correctable under Rule 60(a) include those where what is spoken, written or recorded is not what the court intended to speak, write or record."). Because the date on the Judgment contains a clerical mistake, the Court finds it appropriate to correct the Judgment pursuant to Rule 60(a).

For all of the foregoing reasons, the Court grants Plaintiff's Motion and will issue an Amended Judgment consistent with this Order.

IT IS SO ORDERED.